UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:**   **Sharon R. Baird,** | ) | **Case No: 17-18228** |
| | ) | |
| | ) | |
| **Debtor** | ) | **Chapter 13** |

### MOTION TO RECONSIDER DISMISSAL OF CASE

**COMES NOW**, Debtor, Sharon Baird, by and through her undersigned legal counsel, Peter Blust, Esquire, and respectfully represents to this Honorable Court, the following:

1. On April 2nd, 2018 Document 49 was filed Dismissing Case for Failure to Pay Filing Fees.

2. A total of $155.00 went unpaid through oversight of undersigned Counsel directly due to a computer virus invading Counsel's working Office computer.

3. On becoming aware of the issue, undersigned Counsel sought and received aid from the computer hardware vendor and at this moment it appears the virus has been eradicated.

4. The $155.00 is on deposit in Citizen's Bank ready to be remitted to the Court (Counsel will attempt payment with this filing).

WHEREFORE, for the foregoing reasons, Debtor, and undersigned counsel, hereby respectfully requests the Court reconsider its Dismissal of the Case.

BY:  DEBTOR'S LEGAL COUNSEL,

/s/ Peter Blust, Esq._____  4/16/2018_
Signature of Attorney

PETER BLUST, ESQUIRE
PA Attorney I.D. No.:  47072
Cooper Valley Village N-9
Edgewater Park, NJ 08010
(609) 309 2213
peterfblust@gmail.com
peterfblust@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:    Sharon Baird, | ) | Case No: 17-18228 |
| | ) | |
| Debtor | ) | Chapter 13 |

ORDER

**IT IS HEREBY ORDERED** that Debtor's Motion to reconsider Dismissal of Case **SHOULD BE and HEREBY IS GRANTED**.

BY THE COURT

Date: _____        _____
United States Bankruptcy Judge