# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re:  Sharon Baird              )        Case No: 17-18228
                                  )
   Debtor                         )        Chapter 13
                                  )

## PRAECIPE TO WITHDRAW

TO THE CASE ADMINISTRATOR:

Kindly mark "withdrawn" Document Number 50, Debtor Sharon Baird's Motion to Reconsider Dismissal of Case filed in the above-captioned matter on or about April 16, 2018.

DATED:  MAY 10, 2018                /s/ PETER BLUST, ESQUIRE
                                    PETER BLUST ESQUIRE
                                    PA ATTORNEY ID No. 47072
                                    Cooper Valley Village N-9
                                    1475 Mount Holly Road
                                    Edgewater Park, NJ 08010
                                    Telephone Number:  (609) 309-2213